UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

                                          MISC. NO. 14-mc-51069

-vs-

                                          HON. ROBERT H. CLELAND

SCOTT KINSEY,

        Respondent.
_____/

## ORDER

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the collection of the tax liabilities of respondent, Scott Kinsey, and the petition and order having been served upon Scott Kinsey on August 20, 2014, by leaving a copy with a person of suitable age at the respondent's usual place of abode; this cause having come before the undersigned pursuant to the Order to Show Cause issued August 7, 2014, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, Scott Kinsey, appear before Revenue Officer Deborah Black or her designated representative at 10:00 a.m. on October 8, 2014, at 22600 Hall Road, Suite 102, Clinton Twp., Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and

other data demanded by the summons served upon Scott Kinsey on April 4, 2014, the examination to continue from day to day until completed.

                                                        s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       United States District Judge

Entered: September 24, 2014