UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

SCOTT KINSEY,

    Respondent.
_____/

MISC. NO. 14-mc-51069

HON. ROBERT H. CLELAND

## ORDER OF DISMISSAL

Petitioner having advised the Court that respondent, Scott Kinsey, has complied with the Internal Revenue Service Summons served upon him on April 4, 2014, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that this case brought against respondent, Scott Kinsey, by the petitioner is hereby dismissed without prejudice and without costs to either party.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: November 19, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 19, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522